# SCHEDULE A
# (REDACTED IN ITS ENTIRETY)