# EXHIBIT B
# (Redacted in its Entirety Subject to Motion to File Under Seal)