IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Tiara Bliss, Inc.**, | Case No.: 1:23-cv-01954 |
| Plaintiff, | Judge: Hon. Harry Leinenweber |
| v. | |
| **The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint**, | **JURY TRIAL DEMANDED** |
| Defendants. | |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Tiara Bliss, Inc. ("Tiara Bliss") seeks entry of a preliminary injunction against the Defendants identified on Exhibit 1 hereto, which is the same as Exhibit 1 to the Proof of Service filed at Dkt. 30. The Defendants who have not been served have either already been dismissed from this case (*see* Notices of Dismissal at Dkts. 22, 24-27, and 29) or have not been served because their dismissal is imminent or because contact information has not been verified.

The relief sought in the requested preliminary injunction is practically identical to the relief already granted in the Temporary Restraining Order granted by this Court on April 6, 2023 (Dkt. 15). In support of its Motion, Plaintiff files herewith a Brief in Support.

Dated: May 17, 2023

Respectfully submitted,

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.

1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Tel.:  (847) 969-9123
Fax:  (847) 969-9124

*Counsel for Plaintiff, Tiara Bliss, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this May 17, 2023. Any other Defendants will be served by electronic and/or first-class mail at the addresses listed in Exhibit 1 hereto.

/s/ Nicholas S. Lee
Nicholas S. Lee