# EXHIBIT 1

| Def. #: | Alibaba seller_ali_id | Seller_Name | Member_ID | email |
|---|---|---|---|---|
| 28 | 2210287026608 | Yiwu Sheng Di Commodity Factory | chinashengdi | 413958983@qq.com |
| 29 | 17380104481 | Zhongshan Ganlin Bath Product Co., Ltd. | glbath | ganlin-tracy@glbath.com |
| 30 | 2210497689544 | Shenzhen City Baijin Gift Manufacturing Co., Ltd. | baixinbag | 202263906@qq.com |
| 31 | 2200753891151 | Huaian Brilliant Trading Co., Ltd. | habrilliant | bella@obrilliant.com |
| 32 | 3682981354 | Shang Rao Chen Le Household Items Co., Ltd | srcljj | 13607934553@139.com |
| 33 | 3696308278 | Hengshui Fang Ao Trading Co., Ltd. | hsfangao | judy@wl-fitness.com |
| 34 | 2207527253864 | Guangzhou Linke International Trade Co., Ltd. | gzlinke | leo_mei@linke-intl.com |
| 35 | 3295913114 | Guangzhou Lucky Girl Fashion Accessories Co., Ltd. | gzluckygirl | admin@gzluckygirl.com |
| 36 | 2206755624283 | Hebei Laifa Import And Export Trade Co., Ltd. | laifanb | gck0052@qq.com |
| 37 | 2206507419156 | Jiangxi Kingyuan Commodity Co., Ltd. | jxkingyuan | sam@jxkingyuan.com |
| 39 | 2207250717686 | Nantong You Wu Commodity Co., Ltd. | youwu | nantongyouwu@hotmail.com |
| 40 | 3864571964 | Ningbo Hido Products Co., Ltd. | hidoproducts | 83946479@qq.com |
| 41 | 2213135192910 | Ningbo Shining Houseware Co., Ltd. | shininghouseware | 284176809@qq.com |
| 44 | 2465407711 | Yiwu Gathertop Garment Co., Ltd. | gathertop | 2853200970@qq.com |
| 45 | 2201287964226 | Yiwu Ruan Trade Co., Ltd. | ywruan | ywruan0527@126.com |
| 46 | 2207240905615 | Yiwu Tayang Clothing Co., Ltd. | cntayang | manager@cntayang.com |
| 47 | 2209769010625 | Zhejiang Puxin Import And Export Co., Ltd. | puxinltd | puxinltd@zjpuxin.com |

| Def. # | Amazon Store front Name | External_Seller_ID | Merchant_Name | Merchant_Email |
|---|---|---|---|---|
| 3 | HCTEC | A3UI7ZCZMS0ECD | shenzhenshihaochenkejikaifayouxiangongsi | haochen666@foxmail.com |
| 5 | beixiele | AMUTQEGHQGWHG | ya xiong | bestseller-top@outlook.com |
| 8 | fengtangqi | A37Q5OLV3VRNG9 | shenzhenshifengtangqikejiyouxiangongsi | 617557573@qq.com |
| 9 | Aibilye | A2FFTVFTY6NW4B | guangzhoushiboailangmaoyiyouxiangongsi | bbsquan@126.com |
| 10 | Roestima Store | A12QRO8L0G34J | Guangzhouaoshikahuazhuangpinyouxiangongsi | roestima@outlook.com |
| 13 | Ezria | A33PQWZPL5T88T | Kelly Leigh Sigsworth | kelly@ezria.ca |
| 14 | TryThisAnThat | *** | Rosemary Ikpeme | trythisanthat@gmail.com |
| 17 | YoulerTex | A3GA9QGUHUVUFE | Weifang Pattex Textile Co.,Ltd | alex@towelswell.com |
| 18 | YIWGOOD | A3DGV1S4408W2L | ZHANG CHENG RONG | vdocare@outlook.com |
| 19 | BoLeshop | A3GVL6UA9YZVE4 | putianshibolemaoyiyouxiangongsi | 774865906@qq.com |
| 1 | Barqcue | A3GB1BDOSEJSVY | ShenZhenShi BaQiuWangLuoKeJiYouXianGongSi | barqcue_online@outlook.com |
| 2 | Pozilan | A2FB7V8O6J2ZMR | Guangzhou Jiakou Biotechnology Co Ltd | 839696439@qq.com |
| 4 | yufengfangzhi | AXUZIGPT8CFJ | changzhouyufengfangzhiyouxiangongsi | yufengfangzhi_us@163.com |
| 6 | Auban US | A29TV60YO0CP7H | foshanshiaobendianzishangwuyouxiangongsi | aubanus@outlook.com |

| Def. # | eBay user_id | user_id | email |
|---|---|---|---|
| 20 | 2014bidorbuyuk | 1289421189 | viqiv@qq.com |
| 21 | bshapplus_store | 2425372550 | homepatio845@dokelbf.com |
| 25 | sincevers | 1674420591 | sincevem@outlook.com |

| Def. # | Etsy User Name | Shop Name | Email |
|---|---|---|---|
| 27 | vsdakyx6p4imzla9 | GVhairshop | gvhairbeauty@gmail.com |
| 26 | wodraddf | FATISHABOUTIQUE | ftmb@hotmail.co.uk |

| Def. No. | Walmart Merchant ID | Name | Email |
|---|---|---|---|
| 49 | 18988 | Joybuy a/k/a Jingdong E-Commerce (Trade) Hong Kong Corporation | wmt02@jd.com |
| 50 | 101224539 | Good Choice Co., Ltd. a/k/a shenzhenshilinlangjiapinmaoyiyouxiangongsi | frosted@yeah.net |
| 51 | 101186737 | Miracle a/k/a shenzhenshiqiqixinxijishuyouxiangongsi | louqi58jishi@126.com |
| 52 | 101212924 | LotusHaze | becky@lotushaze.com |
| 54 | 101099836 | ShenZhenShiHongTongBaoKeJiCoLtd | hongtongbao@outlook.com |
| 55 | 101195818 | Good Server Co. Ltd a/k/a yiwushilayuhaochengkejiyouxiangongsi | chri35dw6@163.com |
| 56 | 101240149 | Asvrilmar a/k/a Jining Sizheng Trading Co., Ltd. | chui9821@163.com |
| 58 | 101044612 | BoDa a/k/a Shenzhen Boda Le Shang Trading Co., Ltd. | bodaleshang@outlook.com |
| 59 | 101242598 | Brittany Co.,Ltd a/k/a yiwushimingtaibaikejiyouxiangongsi | hug9hsn@163.com |
| 60 | 101261828 | CHOMOEN Co., Ltd a/k/a jinanqiangmumengdashujufuwuyouxiangongsi | fj8902hruh592@163.com |
| 62 | 101186147 | Fancy Juicy a/k/a shenzhenshimaofengmaoyiyouxiangongsi | walmart@ywarehouse.com |
| 63 | 101125076 | FashionMaker a/k/a shenzhenshimaofengmaoyiyouxiangongsi | fashionmakerceo@163.com |
| 65 | 101108259 | Goodwill a/k/a shenzhenshiyinqingmaoyiyouxiangongsi | dreamhousesky@outlook.com |
| 66 | 101261719 | HIABIO Co.,Ltd a/k/a chengduhaibeishekejiyouxiangongsi | crt5y6hu@163.com |
| 67 | 101194470 | HOMEIU Co., Ltd a/k/a Shenzhen Haomingyu e-commerce Co., Ltd. | sunshin2022@sina.com |
| 68 | 101203529 | Homgreen Home a/k/a shenzhenjudingzidonghuakejiyouxiangongsi | homgreen@126.com |
| 69 | 101232179 | JULYING a/k/a shenzhenshikehuifengshizhuangyouxiangongsi | ystd1347325542@sina.com |
| 70 | 101123680 | Meidiya a/k/a SHEN ZHEN MEI DI YA KE JI YOU XIAN GONG SI | 2118853376@qq.com |
| 72 | 101093132 | MOVTOTOP a/k/a shenzhenshi taiyihongrun maoyiyouxiangongsi | kenfnkdp@hotmail.com |
| 73 | 101184781 | stars. a/k/a ShenZhenshi laoyangshukejiyouxiangongsi | laizhemadi@yeah.net |
| 74 | 101295836 | TMRHAON a/k/a shenzhenchuanchengwangluokejiyouxiangongsi | mcjfj347@163.com |
| 76 | 101187936 | XINYTEC Co.Ltd a/k/a shenzhenshixinhanyuankejiyouxiangongsi | weiyu9ji@163.com |