# EXHIBIT B

**Example Claim Chart**

*U.S. Patent No. 9,398,780 ("the '780 Patent") – Claim 1*

Example Infringing Listing: https://www.amazon.com/dp/b09j4tf1jb (all images and text taken from this URL, last accessed 3/17/2023)

| Claim 1 Language | Infringing Product |
|---|---|
| A shower cap for wearing on a user's head, said cap comprising: |  |

| a piece of fabric formed to have a generally hemispherical shape; |  |
|---|---|

said piece of fabric having a peripheral edge,



Peripheral edge

| said piece of fabric bounding and defining a cavity adapted to receive a portion of the user's head therein; and | On https://www.amazon.com/dp/b09j4tf1jb, a video displays a revolving view of the product on a mannequin head, representing the "user's head." As the video rotates, it is clear that the piece of fabric bounds and defines a cavity that receives a portion of the user's head, like a hat or cap. The following images are screengrabs from said video: <br><br>  <br><br> user's head, a portion of which is inside the cavity <br><br> "cavity" is inside the piece of fabric |

4

| | |
|---|---|
| an elastic member, said elastic member being positioned adjacent only part of the peripheral edge of the piece of fabric; | The "elastic member" is described in the following text, and is described as being only "on the back of the…shower cap," *i.e.* positioned adjacent only to part of the peripheral edge of the piece of fabric: <br><br> • KEEP YOUR HAIR DRY -There is an elastic stretch elastic band on the back of the waterproof shower cap, which can fit the hairline around the head very well. The elastic band will not leave any marks on your face when you take a bath, allowing you to easily keep your hair dry. <br><br>  |

5

and wherein a remaining section of the peripheral edge is free of the elastic member;



remaining section of peripheral edge (continues around front of user's head)

elastic member

peripheral edge

No elastic member



| and when the shower cap is worn on the user's head the elastic member pulls substantially the entire elastic-free section of the peripheral edge into direct contact with the user's head and substantially prevents water from entering the cavity | As described in the following text, the elastic band (*i.e.*, "elastic member") keeps the cap against the "hairline around the head very well" and will "keep your hair dry," *i.e.* it "substantially prevents water from entering the cavity":<br><br>• KEEP YOUR HAIR DRY -There is an elastic stretch elastic band on the back of the waterproof shower cap, which can fit the hairline around the head very well. The elastic band will not leave any marks on your face when you take a bath, allowing you to easily keep your hair dry.<br><br><br><br>direct contact with the user's head |