**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Tiara Bliss Inc., <br><br> Plaintiffs, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br> Defendants | **Case No.: 1:23-cv-01954** <br><br> **Hon. Judge Harry D. Leinenweber** <br><br> **ANSWER** |

Answering Defendant, Auban Inc., by and through their attorneys, J. Zhang and Associates, P.C., as and for its Answer to the Complaint filed in the above-captioned action, state as follows:

### NATURE OF THE CASE

1. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 1 of the Complaint and thereby deny the same.

### THE PARTIES AND PATENT

2. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 2 of the Complaint and thereby deny the same.

3. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 3 of the Complaint and thereby deny the same.

4. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 4 of the Complaint and thereby deny the same.

5. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 5 of the Complaint and thereby deny the same.

6. Admit that Answering Defendants reside in the People's Republic of China that have sold goods, in ecommerce, into Illinois. Defendants deny any remaining allegations in Paragraph 6.

7. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 7 of the Complaint and thereby deny the same.

## JURISDICTION AND VENUE

8. Deny the allegations set forth in Paragraph 8 of the Complaint and leave Plaintiff to prove.

9. Deny the allegations set forth in Paragraph 8 of the Complaint and leave Plaintiff to prove.

10. Deny the allegations set forth in Paragraph 8 of the Complaint and leave Plaintiff to prove.

11. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 11 of the Complaint and thereby deny the same.

12. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 12 of the Complaint and thereby deny the same.

13. Deny the allegations set forth in Paragraph 13 of the Complaint and leave Plaintiff to prove.

14. Deny the allegations set forth in Paragraph 14 of the Complaint and leave Plaintiff to prove.

15. Deny the allegations set forth in Paragraph 15 of the Complaint.

16. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 16 of the Complaint and thereby deny the same.

17. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 17 of the Complaint and thereby deny the same.

18. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 18 of the Complaint and thereby deny the same.

19. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 19 of the Complaint and thereby deny the same.

20. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 20 of the Complaint and thereby deny the same.

21. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 21 of the Complaint and thereby deny the same.

**DEFENDANTS' INFRINGING ACTS**

22. Deny the allegations set forth in Paragraph 22 of the Complaint.

23. Deny the allegations set forth in Paragraph 23 of the Complaint.

24. Deny the allegations set forth in Paragraph 24 of the Complaint and leave Plaintiff to prove.

25. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 20 of the Complaint and thereby deny the same.

26. Lack sufficient knowledge and information to admit or deny the allegations set forth in Paragraph 20 of the Complaint and thereby deny the same.

27. Deny the allegations set forth in Paragraph 27 of the Complaint.

28. Deny the allegations set forth in Paragraph 28 of the Complaint.

29. Deny the allegations set forth in Paragraph 29 of the Complaint.

## COUNT I – PATENT INFRINGEMENT
## (35 U.S.C. § 271)

30. The Answering Defendants repeat and reallege each and every response set forth in Paragraphs 1 through 29 herein-above in response to the allegations set forth in Paragraph 29 of the Complaint.

31. Deny each and every allegation in paragraph 31 of the Complaint.

32. Deny each and every allegation in paragraph 32 of the Complaint.

33. Deny each and every allegation in paragraph 33 of the Complaint.

34. Deny each and every allegation in paragraph 34 of the Complaint.

35. Deny each and every allegation in paragraph 35 of the Complaint.

36. Deny each and every allegation in paragraph 36 of the Complaint.

37. Deny each and every allegation in paragraph 37 of the Complaint.

38. Deny each and every allegation in paragraph 38 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

39. One or more of the claims of the U.S. Patent No. 9,398,780 Patent are invalid for failure to satisfy one or more requirements of the patent Act, 35 U.S.C. § 1, et seq., including, but not limited to, the conditions of patentability set forth in 35 U.S.C. §§101, 102, 103, 112, and/or 117.

## SECOND AFFIRMATIVE DEFENSE

40. Plaintiff's claims are barred in whole or in part by the notice provisions of the Patent Act, 35 U.S.C. § 287(a).

## THIRD AFFIRMATIVE DEFENSE

41. Plaintiff has suffered no irreparable harm, and, if the asserted patent is found to be valid and infringed, Plaintiff has adequate remedies at law.

### FOURTH AFFIRMATIVE DEFENSE

42. Plaintiff's claims are barred in whole or part by the doctrines of acquiescence, estoppel, waiver, or laches.

### FIFTH AFFIRMATIVE DEFENSE

43. Plaintiff's claims are barred in whole or part because the Complaint fails to state facts or may fail to state facts sufficient to permit recovery of statutory damages against Answering Defendant and, therefore, no such award should be granted.

### SIXTH AFFIRMATIVE DEFENSE

44. Plaintiff's claims are barred in whole or part because Plaintiff has sustained no loss or damages.

### SEVENTH AFFIRMATIVE DEFENSE

45. Answering Defendant has not directly or indirectly infringed, and is not directly or indirectly infringing, any claim of the US D 955,664S Patent, either literally or under the doctrine of equivalents.

### EIGHTH AFFIRMATIVE DEFENSE

46. Plaintiff's claims are barred in whole or part based on the doctrine of fair use.

### NINTH AFFIRMATIVE DEFENSE

47. Plaintiff has failed to mitigate its damages, if any.

### TENTH AFFIRMATIVE DEFENSE

48. Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

49. Answering Defendant reserves the right to amend these separate affirmative defenses upon the completion of appropriate investigation and discovery.

**WHEREFORE**, based upon the foregoing, the Answering Defendant prays for an Order be entered:

A. Dismissing each of the claims, and relief requested, in Plaintiff's Complaint in its entirety;

B. Granting the Answering Defendant costs, attorney's fees and expenses incurred defending this matter; and

C. Granting the Answering Defendant all other appropriate relief

Dated: Queens, New York
May 25, 2023

Respectfully submitted,

J. ZHANG AND ASSOCIATES, P.C.

*/s/ Jiyuan Zhang*

Jiyuan Zhang, Esq.
13620 38th Avenue, #11G
Flushing, New York 11354
T: 1(607) 948-3339
contact@jzhanglaws.com

*Attorneys for Answering Defendant, Auban Inc.*

## AFFIRMATION OF SERVICE

I hereby certify that on May 25, 2023, a copy of the foregoing was served on counsel of record and interested parties by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Jiyuan Zhang*