## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiara Bliss Inc.

                      Plaintiff,

v.

                      Case No.: 1:23−cv−01954

                      Honorable Harry D. Leinenweber

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference and ruling on motion hearing held. Plaintiff's Motion for Preliminary Injunction [31] is GRANTED until next telephonic status conference set for 7/18/23 at 9:30 a.m. as to all Defendants except for Defendant No. 49; Plaintiff's Motion for Preliminary Injunction is DENIED as to Defendant No. 49. Oral Motion by Defendant No. 49 to stay its filing deadlines for 30 days is GRANTED. The Court grants Defendants 9; motions [38] and [39] for extensions to file answers. Telephone conference set for 7/18/23 at 9:30 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.