UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tiara Bliss Inc., <br><br> Plaintiffs, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br> Defendants | Case No.: 1:23-cv-01954 <br><br> Hon. Judge Harry D. Leinenweber |

### DECLARATION OF Mao Meizhen

I, Mao Meizhen, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under thelaws of the United States that the following is true and correct:

1. I am a citizen and resident of the People's Republic of China and I am over the age of 18.

2. I am providing this Declaration in support of the Opposition to Plaintiff's Motion for Preliminary Injunction.

3. I am the manager of the internet store, BARQCUE ("Store"). I have been running and operating the aforesaid stores for _3_ years. Therefore, I have personal knowledge of and I am competent to testify about the facts here.

4. The Store is owned by ShenZhenShi BaQiuWangLuoKeJiYouXianGongSi _, with a physical address at Room 306, 3rd floor, Guangshen Pharmaceutical Building 0176, 2023 Shennan East Road, Xinnan Community, Nanhu Street, Luohu Qu, Shenzhen, Guangdong, CN, 518001.

**EXHIBIT A**

5. The Store was selling <u>Geyoga</u> Shower Cap on Amazon.com ("Amazon") under ASIN <u>B08R9GV8FT</u> ("Accused ASIN") to customers around throughout the United States since <u>December 24, 2020</u>.

6. At all times relevant, the Stores attempted to comply with Amazon's Intellectual Property Policy for Sellers. Our products consistently hold high ratings, averaging above 4.4 stars out of 5, and we've amassed over 569 reviews.

7. The Store was suddenly frozen on <u>April 21, 2023</u> by a notification from Amazon.

8. Before this notification, we had never received any patent complaint from the Plaintiff.

9. The Restraint Order has resulted in the delisting of the Accused ASIN, and furthermore, the freezing of our Store account. This has prevented all funds transfers from the Store, severely harming our ability to pay suppliers, manufacturers, employees, and other associated costs. We thus face a significant financial strain.

10. The continuous increase in Amazon's Fulfillment by Amazon (FBA) fees has left us in a situation where our monthly income barely covers our expenses.

11. We thus respectfully ask the court to lift the preliminary injunction against our account. We also ask to release the funds from our account, ensuring that we can fulfill our financial obligations.

I declare under penalty of perjury under the laws of the United States that the foregoing statements and facts are true and correct.

Executed on :

Date: 26/05/2023

*Mao Meizhen*

Mao Meizhen