## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tiara Bliss Inc.

                        Plaintiff,

v.                            Case No.: 1:23−cv−01954

                        Honorable Harry D. Leinenweber

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone conference and ruling on motion hearing held. For reasons stated on the record, the Court: granted motion to dissolve PI as to Defendant No. 2 [53]; granted Defendant No. 1's agreed a motion to withdraw [83] its motion to dissolve the PI [45], which was thus struck; granted Plaintiff's request for default judgment as to all remaining defendants except Defendant No. 2 [62]; and ruled as moot Defendant No. 1 (Auban)&#0;39;s opposition to the motion for a preliminary injunction [35]. No appearance is needed on 8/29/23. Telephone Conference set for 9/20/23 at 9:30 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.